

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER ON MOTION FOR RHEARING

Appellate case name:        Eihab Rajab Masoud v. Deborah Handler

Appellate case number:    01-14-00439-CV

Trial court case number:  12-DCV-198932

Trial court:                       328th District Court of Fort Bend County

        It is ORDERED that the motion for rehearing is denied.


Judge's signature: /s/ Laura C. Higley
                                Acting for the Court

Panel consists of Chief Justice Radack, Justice Higley and Justice Massengale.


Date: July 14, 2015